PS 8

(Rev 5/10)

Filed by the
Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A. vs. Asha Jama                    Docket No. 0864 0:22CR00225-003(NEB-TNL)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Ameer L. Fisher, U.S. PROBATION OFFICER OF THE COURT, presenting an official report regarding **Asha Jama** who was released on bond by the Honorable <u>David T. Schultz</u>, sitting in the Court at <u>Minneapolis</u> on the <u>20th day of September, 2022,</u> under the following special conditions:

- Surrender Passport (satisfied September 20, 2022)
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim / Witness / Codefendants / Coconspirators
- Weapons Restriction
- Report Contact with Law Enforcement
- Employment Requirements / Restrictions
- Residential Requirements / Restrictions
- No New Lines of Credit / Unapproved Credit Charges
- Financial Disclosure
- Prohibited from Accessing Funds from the Federal Child Nutrition Program

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 20, 2022, Jama was ordered released on bond without pretrial services supervision. However, pretrial services supervision appears appropriate to adequately monitor her compliance with Court-ordered conditions for release.

Petition for Action on Conditions of Pretrial Release                     RE: Asha Jama
Page 2

PRAYING THAT THE COURT WILL ORDER: That Jama's conditions be modified to include the following condition:

Report to the U.S. Probation and Pretrial Services Office as directed.

| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Considered and ordered this _____9th_____ day of _____May_____, 2023, and ordered filed and made a part of the records in the above case.

*s/ Ameer L. Fisher*

_____
Ameer L. Fisher
U.S. Probation Officer
651-848-1265

*Tony N. Leung*
_____
Tony N. Leung
U.S. Magistrate Judge

Executed on    April 7, 2023

Place           St. Paul

Approved:

*s/ Maribel Andrade-Vera*

_____
Maribel Andrade-Vera
Supervising U.S. Probation Officer